# In The United States Court of Federal Claims

No.  11-597C

(Filed:  December 15, 2011)
_____

ESTES EXPRESS LINES,

                    Plaintiff,

    v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**
_____

On October 17, 2011, plaintiff filed a transfer complaint in this court.  On December 10, 2011, defendant filed a consented motion for a twenty-one day enlargement of time within which to respond to the transfer complaint.  The motion is hereby **GRANTED**.  Accordingly, defendant shall file its response on or before January 6, 2012.

    **IT IS SO ORDERED.**


                s/ Francis M. Allegra
                Francis M. Allegra
                Judge