# In The United States Court of Federal Claims

No. 11-597C

(Filed: August 16, 2012)

_____

ESTES EXPRESS LINES,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic oral argument on defendant's motion to dismiss will be held in this case on September 27, 2012, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled argument time.

    **IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge